# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00330-CR

**In re Adam Biegel**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
## NO. 990020, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Adam Biegel seeks to appeal from an order denying his motion for forensic DNA testing. *See* Tex. Code Crim. Proc. Ann. arts. 64.01-.05 (West Supp. 2004). The order was entered on November 9, 2003. Appellant filed notice of appeal on January 22, 2004, after the thirty-day period for perfecting appeal had expired. *See* Tex. R. App. P. 26.2(a)(1). We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: July 15, 2004

Do Not Publish

2